# EXHIBIT A

**JAY DAUGHERTY**
MEDIATION & ARBITRATION
JUDICIAL NEUTRALITY | RELENTLESS PASSION

4717 GRAND AVENUE, SUITE 830
KANSAS CITY, MISSOURI 64112

(818) 931-8300 OFFICE
(816) 210-3613 MOBILE

JAY@JAYDAUGHERTYMEDIATION.COM
WWW.JAYDAUGHERTYMEDIATION.COM

Ezfauxdecor, LLC and Amber Shank

                Plaintiffs,

              vs.                            Case number: 2:15 CV9140 CM KGG

Appliance Art Inc., Instant One Media, Inc.,
Alison Smith and Easy Home Renewals

                Defendants,

Appliance Art Inc., Instant One Media, Inc.,

                Counterclaim Plaintiffs,

Ezfauxdecor, LLC, Amber Shank,
Digital Consulting KC, LLC, Alexandre J. Abi-Mikhael,
Teresa Nobrega, Teresa S. Clough, and Chereese A. Voise

                Counterclaim Defendants.

## <u>MEMORANDUM OF SETTLEMENT AGREEMENT</u>

On this 22nd day of June, 2017, following the conclusion of a mediation by Jay Daugherty, the parties agree to the following terms of settlement:

1. The settlement amount and payment terms are: Defendant Appliance Art Inc., Instant One Media, Alison Smith and Easy Home Renewals will pay to Plaintiff Ezfauxdecor and Amber Shank $175,000 payable within 15 days from the date of this agreement.

2. The parties agree to a full mutual general release for all claims and counterclaims, known or unknown, that were or could have been asserted against any other party as of the date of this agreement. This agreement shall not be construed as an admission of liability by any party. This release extends to Travelers Ins. Co.

3. The lawsuits, claims and counterclaims, will be dismissed with prejudice within 10 days of the payment set forth in paragraph one.

4. The terms of this settlement will be kept mutually confidential.

5. The expenses of mediation will be paid by: the Defendants.

6. Court costs will be paid by: each to pay own.

7. Other terms: Plaintiffs agree not to use the phrase "instant granite" or "instant stainless" unless separated by least two words that don't describe a color.

8. Defendants own the trademarks INSTANT GRANITE and INSTANT STAINLESS for use in connection with Defendants products and business. Plaintiffs will not oppose the applications for registration of these trademarks.

9. This represents the entire agreement between the parties and supersedes any prior agreements or understandings, written or oral. The agreement may not be modified except by a writing signed by all of the parties or their representatives.

By signing this Memorandum of Settlement Agreement, the parties acknowledge that prior to the execution of this Agreement, the mediation was terminated: that all parties read and understood the Agreement, that any questions any party might have were explained by their respective attorney, that each party signed the Agreement voluntarily and was under no duress when signing, and that any party may seek enforcement of this Agreement. The parties understand that the mediator may assist in preparing the settlement agreement or other written documents, that such participation shall not be considered as giving legal advice to any party, that the mediator has not given any legal or tax advice to any party during the course of the mediation, and that the parties shall have the document independently reviewed by their own legal counsel before signing any document. Further, that any party to this Agreement may introduce this document into evidence without objection by any party notwithstanding the provisions of the Missouri Supreme Court Rule 17, Section 435.014 RSMo, and/or any other applicable state or federal statute or regulation. The parties have been advised that by signing this Agreement they may adversely affect their legal rights in court, and, by signing this Agreement they are waiving any and all trials and appeals, except for judicial enforcement of this Agreement.

Amber Shank

*[signature]*

EZ Fauxdecor LLC

By *[signature]* CEO

Plaintiff(s)   Teresa S. Clough

*[signature]*

Cherese Voise

*[signature]*

Defendant(s)

*[signature]*

On behalf of Appliance Art Inc. and Instant One Media, Inc.

Counterclaim Plaintiffs

Alexandre Abi-Mikhael

*[signature]*

Teresa G Nobrega

*[signature]*

Counterclaim Defendants

*[signature]*

Alison Smith, Individually and on behalf of Appliance Art Inc. and Instant One Media, Inc.

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



EXHIBIT E



# EXHIBIT F



EXHIBIT G

Try Prime | All | Instant granite

New Year New You

Deliver to Dayton 45459 | Your Amazon.com | Today's Deals | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

NEW YEAR NEW YOU
HOME IMPROVEMENT SAVINGS TO START THE YEAR Shop now ›

‹ Back to search results for "Instant granite"

Roll over image to zoom in

# Instant Granite Marble Counter Top Film Self Adhesive Vinyl Laminate Counter Top Contact Paper Faux Peel and Stick Self Application 36" x 240"

by ez faux decor

1 customer review

Get the Best Deal

Price: $119.09 & **FREE Shipping**

W. Best price W.+

- This beautifully elegant faux marble granite vinyl Film looks great in a variety of areas around your home, such as the kitchen, bathroom, or mud room; just peel-and-stick and cut to fit!
- We use a superior 5-layer process to create a stronger, more resilient finish that can hold up to all your heavy-duty use, making it far better than laminates of old.
- Long-Lasting Finish The simple peel-and-stick design makes it easier to apply over multiple surface types but doesn't diminish the quality in the slightest. In fact, our adhesive film can go over tile, granite, laminate, and other surfaces without peeling away until you're ready to remove it.
- BUBBLE RESISTANT VINYL FILM has a grid on backing for easy cutting, measuring Easy to remove and will not leave a sticky residue. Easy Peel and Stick process goes over your existing Counter Top, furniture, Bathroom, or any smooth surface
- Ezfauxdecor's Products are the ONLY Peel and Stick that have been Featured on: Rachael Ray ,QVC, Steve Harvey, HGTV, The Today Show, DIY Network and more

› See more product details

**New** (1) from $119.09 & FREE shipping.

Ad feedback

Share

$119.09
& **FREE Shipping**

**Want it Thursday, Jan. 17?** Order within **20 hrs 22 mins** and choose **Two-Day Shipping** at checkout. Details

Only 13 left in stock - order soon.

Ships from and sold by EZ FAUX DECOR.

Qty: 1

$119.09 + Free Shipping

Add to Cart

Buy Now

Deliver to Dayton 45459

Add to List

Have one to sell? Sell on Amazon

**Rug Grippers X-PROTECTOR –Best 8 pcs Anti Curling Rug Gripper. Keeps Y...**

708

$13.91 ✓prime

Ad feedback

## Sponsored products related to this item

Page 1 of 11



1/14/2019 Instant Venetian Marble Counter Top film Self Adhesive Vinyl Laminate Counter Top Contract Paper Apply Peel and Stick Self Application 3...

Case 1:19-cv-00540-WMR Document 1-1 Filed 02/01/19 Page 16 of 24



| | | | | |
|---|---|---|---|---|
| Instant Peel and Stick Marble Counter Top Contact Paper Vinyl Laminate Self Adhesiv... | Instant Granite Italian White Marble Tile Film 3' x 15' Self Adhesive Vinyl Laminat... | EzFaux Decor Countertop Paint? No! Peel and Stick Granite NO PAINT Counter Top Film... | Instant Counter Top film Makeover Faux Granite Peel and Stick Self Application Viny... | Instant Granite Ver Gold/Santa Cecilia Top Film 36" x 168 Adhesi... |
| 29 | 113 | 43 | 16 | 392 |
| $74.09 | $99.99 | $54.00 | $69.09 | $90.99 |

Ad feedback

## What other items do customers buy after viewing this item?

Granite, Marble, Soapstone and Stainless Steel Peel and Stick Sample Swatch Color Selection by EzFaux Decor
16
$5.99

## Customers also shopped for





| | | | | |
|---|---|---|---|---|
| Granite, Marble, Soapstone and Stainless Steel Peel and Stick Sample Swatch Color Selection by... | Soapstone Countertop Look: Dark Gray Soapstone Countertop Peel and Stick Faux Stone 72"x 36" DIY... | Countertop Paint? No Instant White Italian Marble Not your Grandma's Contact... | Countertop Transformation Marble White Grey Faux Marble Film 3' W x 6'L Why... | EZ FAUX DECOR Countertop Paint? No Marble Peel and Stick Contact Paper Dark... |
| 16 | 9 | 30 | 30 | 5 |
| $5.99 | $54.99 | $74.09 | $54.09 | 2 offers from $29.09 |

## Special offers and product promotions

- **Your cost could be $69.09 instead of $119.09**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

EzFaux Decor's Bubble Resistant Self Adhesive PET/ PVC Film has a peel away backing with measure and grid lines to make it easy for YOU to install. The vinyl is removable without sticky residue. If you have questions please feel free to contact us via Amazon.com and also via phone. We also will send you sample swatches upon request. Feel free to contact us. Alternatiive to more expensive real Calcutta , Emperador ,Crema marfil marble,Limestone, Glass tile, granite and other natural stones. EzFaux Decor's Bubble Resistant Self Adhesive PET/PVC Marble Film is manufactured using a 5 step process. The PET/PVC Film has a transparent top coat for durability, printed image, durable base, a non-toxic adhesive is applied then the tear away baking. The adhesive allows Self Adhesive PET/PVC Faux Film to be repositioned during installation and removable without adhesive residue. EzFaux Decor's Bubble Resistant Marble PVC Film has been formally tested. Tear Resistant up to 330 pounds per yard. Stain Resistant for items such as grape juice, ink and wine. Wear Resistant. Heat Resistant up to 240F. Weather Stable for over 800 hours. Dimensionally Stable when exposed to hot and cold. 5 Year Warranty. Insist on the quality of EzFaux Decor Faux Films. Message us for sample swatches. (

## Product information

### Technical Details

| | |
|---|---|
| Item Weight | 2 pounds |
| Product Dimensions | 60 x 36 x 0.1 inches |
| Item model number | GG365 |
| Color | Black |
| Material | PVC PET |
| Pattern | Venetian Gold |
| Thickness | 2.3 millimeters |
| Installation Method | Self-Adhesive |
| Item Package Quantity | 1 |
| Batteries Included? | No |
| Batteries Required? | No |

### Additional Information

| | |
|---|---|
| ASIN | B015JW4TRS |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #149,265 in Tools & Home Improvement (See top 100)<br>#78 in Tools & Home Improvement > Building Supplies > Building Materials > Flooring > Adhesives & Mortars |
| Shipping Weight | 6 pounds (View shipping rates and policies) |
| Date First Available | February 7, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related Video Shorts | Upload your video



How to Fix a Broken Tile
GMC DIY

How to Install Peel & Stick Floor Tiles
eHow

## Important information

**Seller Warranty Description**
5 Year

## Sponsored products related to this item



EZ FAUX DECOR Peel and Stick White and Grey Marble Countertop Film 5 Layer NOT CONT...
4
$119.09



Tuff Duck Granite, Grout and Marble Sealer 1 Quart Stone Tile
207
$34.95



Tuff Duck Granite, Grout and Marble Sealer 22 oz Stone Tile
237
$25.95



Instant Granite Venetian Gold/Santa Cecilia Counter Top Film 36" x 168" Self Adhesi...
392
$90.99



Instant Counter Top film Makeover Faux Granite Peel and Stick Self Application Viny...
16
$69.09

1/14/2019     Instant Venetian Marble Counter Top with Self Adhesive Vinyl Laminate Collece Top, Contact Paperlux Peel and Stick Self Application 3...

Case 1:19-cv-00540-WMR   Document 1-1   Filed 02/01/19   Page 18 of 24

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

---

## 1 customer review

**5.0 out of 5 stars**

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

### Review this product

Share your thoughts with other customers

Write a customer review

---

Showing 1-1 of 1 reviews

Top Reviews

 Amazon Customer

**Quality product**

January 4, 2019

**Verified Purchase**

Product was great quality. Very heavy duty feeling. I could not get it to line up right with my counters, and so I took it all down. I think that was user error more than anything. But the product itself is great. If you have time and patience it will look good.

Helpful    Comment    Report abuse

**See the review**

Write a customer review

1/14/2019     Instant Granite Marble Counter Top Film Self Adhesive Vinyl Laminate Counter Top Contact Paper 36 x 24 - Amazon.com

Case 1:19-cv-00540-WMR Document 1-1 Filed 02/01/19 Page 19 of 24



Ad feedback

## Customers who viewed this item also viewed









| | | | | |
|---|---|---|---|---|
| Granite, Marble, Soapstone and Stainless Steel Peel and Stick Sample Swatch Color Selection by… | Instant Granite Venetian Gold/Santa Cecilia Counter Top Film 36" x 72" Self Adhesive Vinyl Laminate… | EzFaux Decor Countertop Paint? No! Peel and Stick Granite NO PAINT Counter Top Film… | Instant Counter Top film Makeover Faux Granite Peel and Stick Self Application Vinyl… | Countertop Paint? No Peel and Stick Marble Granite Vinyl Contact Paper FILM Dark Emperador 36" x… |
| 16 | 392 | 43 | 16 | 9 |
| $5.99 | $52.99 | $54.09 | $69.09 | $124.09 |



Ad feedback

**Pages with related products.** See and discover other items: concrete sealers, grey tile flooring, sheet vinyl floor, temporary door, bathroom tile paint, emperador marble

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Private Brands | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See all | | |

English

United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished products
with a warranty

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT H

# United States of America

## United States Patent and Trademark Office

# INSTANT GRANITE

**Reg. No. 5,279,762**

**Registered Sep. 05, 2017**

**Int. Cl.: 6, 7, 11, 16, 19, 20**

**Trademark**

**Principal Register**

Instant One Media, Inc. (GEORGIA CORPORATION)
675 Metropolitan Parkway Southwest
Atlanta, GA 30310

CLASS 6: Pre-designed vinyl decals and wraps specially adapted for metal counter tops with a self-adhesive or magnetic backing

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

CLASS 7: Pre-designed vinyl decals and wraps specially adapted for dishwashing appliances with a self-adhesive or magnetic backing

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

CLASS 11: Pre-designed vinyl decals and wraps specially adapted for cooking, refrigerating, or bathroom appliances with a self-adhesive or magnetic backing

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

CLASS 16: Decals and stickers for use as home decor; Decals

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

CLASS 19: Pre-designed vinyl decals and wraps specially adapted for non-metal counter tops with a self-adhesive or magnetic backing

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

CLASS 20: Pre-designed vinyl decals and wraps specially adapted for household furniture with a self-adhesive or magnetic backing

FIRST USE 6-1-2010; IN COMMERCE 5-2-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "GRANITE"

SER. NO. 87-225,264, FILED 11-03-2016
LINDA BOH MICKLEBURGH, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# EXHIBIT I

# United States of America

## United States Patent and Trademark Office

# INSTANT STAINLESS

**Reg. No. 5,279,763**

**Registered Sep. 05, 2017**

**Int. Cl.: 6, 7, 11, 16, 19, 20**

**Trademark**

**Principal Register**

Instant One Media, Inc. (GEORGIA CORPORATION)
675 Metropolitan Parkway Southwest
Atlanta, GA 30310

CLASS 6: Pre-designed vinyl decals and wraps specially adapted for metal counter tops with a self-adhesive or magnetic backing

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

CLASS 7: Pre-designed vinyl decals and wraps specially adapted for dishwashing appliances with a self-adhesive or magnetic backing

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

CLASS 11: Pre-designed vinyl decals and wraps specially adapted for cooking, refrigerating, or bathroom appliances with a self-adhesive or magnetic backing

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

CLASS 16: Decals and stickers for use as home decor; Decals

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

CLASS 19: Pre-designed vinyl decals and wraps specially adapted for non-metal counter tops with a self-adhesive or magnetic backing

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

CLASS 20: Pre-designed vinyl decals and wraps specially adapted for household furniture with a self-adhesive or magnetic backing

FIRST USE 6-1-2009; IN COMMERCE 5-7-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "STAINLESS"

SER. NO. 87-225,288, FILED 11-03-2016
LINDA BOH MICKLEBURGH, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office