UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, Plaintiff, v. **EZFAUXDECOR, LLC**, *et al.*, Defendants. | Civil Action Number  1:19-cv-00540-WMR  **MOTION FOR LEAVE TO AMEND JOINT PROPOSED PRETRIAL ORDER** |

**DEFENDANTS' MOTION TO AMEND THE JOINT PROPOSED PRETRIAL ORDER**

Defendants respectfully requests leave to amend Attachment "F-2" (Defendants' List of Witnesses), that was attached to the Joint Proposed Pretrial Order, so as to designate witness Craig Armstrong in place of witness Alex Mikael.

1. The parties filed a joint, proposed pretrial order in this matter on April 17, 2020. (Doc # 87).

2. The Court did not enter the proposed order.

3. On Attachment "F-2" of the proposed pretrial order, Defendants listed three witnesses: 1) Defendant Amber Shank, 2) Plaintiff Alison Smith, and 3) witness Alex Mikael. (Doc # 87 at page 30 of 46).

4. At that time, Alex Mikael was the third-party IT consultant who managed Defendants' website and online accounts.

5. After the joint proposed pretrial order was filed in April 2020, Defendants parted ways with Alex Mikael and employed Craig Armstrong in his

place.

6. Craig Armstrong is the IT witness who testified on Defendants' behalf at the hearing on Plaintiff's second motion for spoliation sanctions which this Court denied on October 5, 2020. (Doc # 115).

7. Defendants will produce Armstrong for deposition by Zoom if Plaintiff requests.

8. Plaintiff is not prejudiced by this substitution of Craig Armstrong for Alex Mikael in that Plaintiff did not depose Mikael although he was identified in Defendants' discovery responses as a person with pertinent knowledge.

WHEREFORE, Defendant respectfully requests that Attachment "F-2" of the proposed pretrial order be deemed modified to list Craig Armstrong as a trial witness for Defendants.

Respectfully submitted:

| | |
|---|---|
| Woodhouse, LLC | Krigel & Krigel, P.C. |
| By: */s/ Samuel S. Woodhouse* | By: */s/ Paul K. Hentzen* |
| Samuel S. Woodhouse   GA # 755070 | Paul K. Hentzen     MO  #50754 |
| 260 Peachtree Street, NW, Ste 1402 | 4520 Main, Ste 700 |
| Atlanta, GA 30303 | Kansas City, MO 64111 |
| PH:  (404) 214-7200 | PH:  (816) 756-5800 |
| FAX: (404) 214-7202 | FAX: (816) 756-1999 |
| E-MAIL: | E-MAIL: |
| swoodhouse@woodhouselawfirm.com | phentzen@krigelandkrigel.com |
| ATTORNEY FOR DEFENDANTS | ATTORNEY FOR DEFENDANTS ADMITTED PRO HAC VICE |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, <br>     Plaintiff, <br>         v. <br> **EZFAUXDECOR, LLC,** *et al.*, <br>     Defendants. | Civil Action Number <br><br> 1:19-cv-00540-WMR <br><br> **CERTIFICATE OF COMPLIANCE WITH LR 7.1D** |

### CERTIFICATE OF COMPLIANCE WITH LR 7.1D

The undersigned counsel certifies that **Defendant's Motion to Amend the Joint Proposed Pretrial Order** has been prepared using Times New Roman 14 point type as approved by LR 5.1(B).

Respectfully submitted, December 17, 2020.

Woodhouse, LLC

By: */s/ Samuel S. Woodhouse*
Samuel S. Woodhouse   GA # 755070
260 Peachtree Street, NW, Ste 1402
Atlanta, GA 30303
PH:   (404) 214-7200
FAX: (404) 214-7202
E-MAIL:
swoodhouse@woodhouselawfirm.com
ATTORNEY FOR DEFENDANTS

Krigel & Krigel, P.C.

By: */s/ Paul K. Hentzen*
Paul K. Hentzen    MO  #50754
4520 Main, Ste 700
Kansas City, MO 64111
PH:   (816) 756-5800
FAX: (816) 756-1999
E-MAIL:
phentzen@krigelandkrigel.com
ATTORNEY FOR DEFENDANTS
ADMITTED PRO HAC VICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, <br> Plaintiff, <br> v. <br> **EZFAUXDECOR, LLC,** *et al.*, <br> Defendants. | Civil Action Number <br><br> 1:19-cv-00540-WMR <br><br> **CERTIFICATE OF FILING AND SERVICE** |

## CERTIFICATE OF FILING AND SERVICE

The undersigned counsel certifies that **Defendant's Motion to Amend the Joint Proposed Pretrial Order** was filed using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Respectfully submitted, December 17, 2020.

| | |
|---|---|
| Woodhouse, LLC | Krigel & Krigel, P.C. |
| By: */s/ Samuel S. Woodhouse* <br> Samuel S. Woodhouse   GA # 755070 <br> 260 Peachtree Street, NW, Ste 1402 <br> Atlanta, GA 30303 <br> PH:  (404) 214-7200 <br> FAX: (404) 214-7202 <br> E-MAIL: <br> swoodhouse@woodhouselawfirm.com <br> ATTORNEY FOR DEFENDANTS | By: */s/ Paul K. Hentzen* <br> Paul K. Hentzen    MO  #50754 <br> 4520 Main, Ste 700 <br> Kansas City, MO 64111 <br> PH:  (816) 756-5800 <br> FAX: (816) 756-1999 <br> E-MAIL: <br> phentzen@krigelandkrigel.com <br> ATTORNEY FOR DEFENDANTS <br> ADMITTED PRO HAC VICE |