UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, <br> Plaintiff, <br><br> v. <br><br> **EZFAUXDECOR, LLC,** *et al*., <br> Defendants. | Civil Action Number <br><br> 1:19-cv-00540-WMR |

### PLAINTIFF'S MOTION FOR ORDER ALLOWING USE OF LAPTOP COMPUTERS AT TRIAL

COMES NOW Plaintiff, Instant One Media, Inc. ("IOM"), and moves the Court for an order allowing Plaintiff's counsel to use three laptop computers in the courtroom during the trial of this matter. Plaintiff's counsel all have the necessary blue cards to bring the devices into the courthouse, but Plaintiff's witnesses, Alison Smith and Don Berglund, do not have a blue card and thus seek leave to use a cellular phone and laptop during trial.

Respectfully submitted, 2021-May-26.

| | |
|---|---|
| /s/ Daniel E. DeWoskin <br> Daniel E. DeWoskin <br> Georgia Bar No. 220327 <br> Counsel for Plaintiff | /s/ Sam S. Han <br> Sam S. Han <br> Georgia Bar No. 322284 <br> Co-Counsel for Plaintiff |
| DeWoskin Law Firm, LLC <br> 535 N. McDonough Street <br> Decatur, Georgia 30030 <br> (404) 987-0026 <br> dan@atlantatrial.com | DeWoskin Law Firm, LLC <br> 535 N. McDonough Street <br> Decatur, Georgia 30030 <br> (404) 987-0026 <br> sam@atlantatrial.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, Plaintiff, v. **EZFAUXDECOR, LLC**, *et al.*, Defendants. | Civil Action Number 1:19-cv-00540-WMR  **CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7.1D** |

## CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7.1D

The undersigned counsel certifies that **Plaintiff's Motion for Order Allowing the Use of Laptop Computers at Trial** has been prepared using one of the font and point selections approved in LR 5.1 NDGa.

Respectfully submitted, 2021-May-26.

/s/ Daniel E. DeWoskin
Daniel E. DeWoskin
Georgia Bar No. 220327
Counsel for Plaintiff

DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, Georgia 30030
(404) 987-0026
dan@atlantatrial.com

/s/ Sam S. Han
Sam S. Han
Georgia Bar No. 322284
Co-Counsel for Plaintiff

DeWoskin Law Firm, LLC
535 N. McDonough Street
Decatur, Georgia 30030
(404) 987-0026
sam@atlantatrial.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **INSTANT ONE MEDIA, INC.**, Plaintiff, v. **EZFAUXDECOR, LLC,** *et al*., Defendants. | Civil Action Number 1:19-cv-00540-WMR **CERTIFICATE OF FILING AND SERVICE** |

## CERTIFICATE OF FILING AND SERVICE

The undersigned counsel certifies that **Plaintiff's Motion for Order Allowing the Use of Laptop Computers at Trial** was filed using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Respectfully submitted, 2021-May-26.

| | |
|---|---|
| /s/ Daniel E. DeWoskin | /s/ Sam S. Han |
| Daniel E. DeWoskin | Sam S. Han |
| Georgia Bar No. 220327 | Georgia Bar No. 322284 |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| DeWoskin Law Firm, LLC | DeWoskin Law Firm, LLC |
| 535 N. McDonough Street | 535 N. McDonough Street |
| Decatur, Georgia 30030 | Decatur, Georgia 30030 |
| (404) 987-0026 | (404) 987-0026 |
| dan@atlantatrial.com | sam@atlantatrial.com |

3